UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY LUTHER MURRAY PRICE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>W.L. MUNIZ, Warden,<br><br>　　　　Respondent. | Case No. CV 18-5931 RSWL(JC)<br><br>JUDGMENT |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed with prejudice because petitioner's claims are barred by the statute of limitations.

IT IS SO ADJUDGED.

DATED: October 22, 2019

/s/ RONALD S.W. LEW
_____
HONORABLE RONALD S.W. LEW
UNITED STATES DISTRICT JUDGE